44 A.3d 653

**Anthony GUTRIDGE, Appellant**

v.

**PENNSYLVANIA BOARD OF PROBATION AND PAROLE, Appellee.**

**No. 89 MAP 2011.**

Supreme Court of Pennsylvania.

May 21, 2012.

### *ORDER*

PER CURIAM.

**AND NOW,** this 21st day of May, 2012, the above captioned appeal is quashed for failure to file Appellant's brief.